IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
LUIS RODRIGUEZ-GRAU
Defendant

CRIMINAL 06-0121CCC

**O R D E R**

Having considered the Report and Recommendation filed on June 8, 2006 **(docket entry 22)** on a Rule 11 proceeding of defendant held before Magistrate Judge Gustavo A. Gelpí on June 8, 2006, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 8, 2006. The **sentencing hearing is set for September 20, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 16, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge